# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregory Franklin,<br><br>        Plaintiff,<br><br>v.<br><br>Ocwen Loan Servicing, LLC,<br><br>        Defendant. | Case No. 3:17-cv-02702-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE FOR AMENDING THE PLEADINGS**<br><br>**HON. JON S. TIGAR** |

Based on the Joint Stipulation of the Parties to EXTEND THE DEADLINE FOR AMENDING THE PLEADINGS in the above-entitled action, and for good cause showing:

IT IS HEREBY ORDERED that the deadline to Amend the Pleadings is extended to December 22, 2017. Defendant's responsive pleading therefore will be submitted by January 12, 2018.

**IT IS SO ORDERED.**

Date: _____November 20_____, 2017

_____
**HON. JON S. TIGAR**
United States District Judge

31792970

- 2 -

[PROPOSED] ORDER ON STIPULATION
CASE NO: 3:17-CV-02702-JST