UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>    Plaintiffs,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | Case No. 3:17-cv-2702<br><br>[PROPOSED] ORDER GRANTING STIPULATION REGARDING LEAVE TO FILE AMENDED COMPLAINT AND SCHEDULE FOR MOTION TO DISMISS BRIEFING |

Based upon the Joint Stipulation of the Parties regarding Leave to File Plaintiff's Second Amended Complaint in the above entitled action, and for good cause showing:

IT IS HEREBY ORDERED that Plaintiff may file a further amended complaint on or before Friday, December 22, 2017.

1. Defendant shall file its motion to dismiss or answer on or before Friday, January 12, 2018;
2. Plaintiff shall file his opposition to the motion to dismiss on or before Friday, February 2, 2018;
3. Defendant shall file its reply on or before Friday, February 16, 2018.

Dated: December 21, 2017

By: _____
HON. JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE