**TROUTMAN SANDERS LLP**
Chad R. Fuller, Bar No. 190830
chad.fuller@troutman.com
John C. Lynch (*pro hac vice*)
john.lynch@troutman.com
11682 El Camino Real, Suite 400
San Diego, CA 92130-2092
Telephone: 858-509-6000
Facsimile: 858-509-6040

Attorneys for Defendant
OCWEN LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# (SAN FRANCISCO DIVISION)

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　　Defendant. | Case No. 3:17-cv-02702-JST<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR MEDIATION**<br><br>Hon. Jon S. Tigar |

Based on the Stipulation of the Parties to Extend Time to Complete Mediation in the above-entitled action, and for good cause showing:

IT IS HEREBY ORDERED that the deadline to complete mediation is extended to April 16, 2018.

**IT IS SO ORDERED.**

Date: January 18, 2018

_____
HON. JON S. TIGAR
United States District Judge