# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>Defendant. | Case No.: 3:17-cv-02702-JST<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO COMPLETE MEDIATION<br><br>Hon. Jon S. Tigar |

Based on the Parties' Stipulation to Extend Time to Complete Mediation in the above-entitled action, and for good cause showing:

IT IS HEREBY ORDERED that the deadline to complete mediation is extended to May 16, 2018.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 13, 2018

Hon. Jon. S. Tigar
United States District Judge