UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN, <br><br> Plaintiff, <br><br> v. <br><br> OCWEN LOAN SERVICING, LLC, <br><br> Defendant. | Case No. 18-cv-03333-SI <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jon S. Tigar for consideration of whether the case is related to *Franklin v. Ocwen Loan Servicing, LLC*, Case No. 17-cv-2702-JST.

**IT IS SO ORDERED.**

Dated: 10/10/18

SUSAN ILLSTON
United States District Judge