# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY FRANKLIN,<br><br>    Plaintiff,<br><br>v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | Case No.: 3:17-cv-02702-JST<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

IT IS HEREBY ORDERED, pursuant to the Stipulation of Plaintiff Gregory Franklin and Defendant Ocwen Loan Servicing, LLC (collectively "the Parties"), that:

1. The above-captioned action is hereby dismissed in its entirety with prejudice as to Plaintiff's individual claims, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and
2. The Parties are to bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 23, 2018

_____
Hon. Jon S. Tigar
United States District Judge